AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

V.

Juan M. Reyes, indv. and d/b/a La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes and La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes

CASE NUMBER: 08CV2577

ASSIGNED JUDGE: JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Juan M. Reyes
1135 Dickens
Naperville, Illinois  60563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

/s/ signature

(By) DEPUTY CLERK



May 6, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 5/29/08 |
| NAME OF SERVER (PRINT) WALTER McWILLIAMS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): JUAN M REYES LEFT COPIES WITH A MALE HISPANIC 40's WHO WOULD NOT IDENTIFY HIMSELF AT 1135 DIEKEN S NAPERVILLE ILLINOIS 60563 ON 5/29/08 6:15 PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/29/08
            Date

Signature of Server: Walter McWilliams

METRO SERVICE
4647 W 103RD ST
Address of Server
OAK LAWN, ILLINOIS 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.