AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

2008 JUN 26 PM 2:51

### SUMMONS IN A CIVIL CASE

**J&J SPORTS PRODUCTIONS, INC.**

V.

Juan M. Reyes, indv. and d/b/a La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes and La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes

CASE NUMBER: 08CV2577

ASSIGNED JUDGE: JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes
c/o Juan M. Reyes - Registered Agent
1135 Dickens
Naperville, Illinois 60563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ signature*

--------------------------------
(By) DEPUTY CLERK



May 6, 2008
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action   LA

# RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>  **DATE** 5/29/08

**NAME OF SERVER (PRINT)** WALTER McWILLIAMS   **TITLE** INVESTIGATOR

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LA QUINTA DE LOS REYES, INC D/B/A LA QUINTA DE LOS REYES LEFT COPIES WITH A MALE HISPANIC 40'S WHO WOULD NOT IDENTIFY HIMSELF AT 1135 DIEHLS NAPERVILLE ILLINOIS 60563 ON 5/2/08 6:15PM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/29/08

Signature of Server: Walter McWilliams c/o METRO SERVICE

Address of Server: 4647 W 103RD ST OAK LAWN ILLINOIS 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.