UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

JJ Sports Productions, Inc.
                  Plaintiff,

v.                                          Case No.: 1:08−cv−02577
                                               Honorable Virginia M. Kendall

Juan M. Reyes, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Parties fail to appear.Status hearing is reset for 7/21/2008 at 09:00 AM. The parties are directed to comply with this court's order of 5/9/2008 by 7/16/2008.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.