## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

JJ Sports Productions, Inc.
                Plaintiff,

v.                                        Case No.: 1:08−cv−02577
                                      Honorable Virginia M. Kendall

Juan M. Reyes, et al.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: Defendants fail to appear.Status hearing held. Plaintiff's oral motion for an extension of time to file and notice a motion for default judgment. Plaintiff is directed to file and notice the motion for default judgment for hearing on 8/12/2008 at 09:00 AM.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.