# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

JJ Sports Productions, Inc.

                Plaintiff,

v.                                     Case No.: 1:08–cv–02577
                                              Honorable Virginia M. Kendall

Juan M. Reyes, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Sua sponte, status and motion hearing date of 8/12/2008 is reset for 8/20/2008 at 09:00 AM. Plaintiff is directed to file and notice the motion for default judgment for hearing on 8/20/2008 at 09:00 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.