**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

JJ Sports Productions, Inc.
                          Plaintiff,

v.                                                    Case No.: 1:08−cv−02577
                                                    Honorable Virginia M. Kendall

Juan M. Reyes, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff fails to appear or file motion for default as ordered on 8/4/2008. Status hearing is set for 9/10/2008 at 09:00 AM. Plaintiff is directed to file and serve a motion for default and supporting memoranda by 9/5/2008. Plaintiff is advised that failure to file the motion and appear on 9/10/2008 at 9:00 am may result in dismissal of this action for want of prosecution.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.