UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

JJ Sports Productions, Inc.
         Plaintiff,

v.                 Case No.: 1:08−cv−02577
                Honorable Virginia M. Kendall

Juan M. Reyes, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall: Counsel for plaintiff appears after the morning court call was concluded. Plaintiff's oral motion for leave to file a motion for default judgment by 9/3/2008. Plaintiff is directed to notice the motion for default judgment for 9/10/2008 at 9:00 am. Status hearing date of 9/10/2008 at 9:00 am shall stand. Plaintiff is advised that failure to timely comply with this order may result in dismissal of this case for want of prosecution.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.