I.D. 06184818                                                    File No. 3900-042

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | 08 C 2577 |
| | ) | |
| **JUAN M. REYES, individually and d/b/a** | ) | Judge Kendall |
| **LA QUINTA DE LOS REYES, INC., d/b/a** | ) | |
| **LA QUINTA DE LOS REYES and LA** | ) | Magistrate Judge Veldez |
| **QUINTA DE LOS REYES, INC., d/b/a** | ) | |
| **LA QUINTA DE LOS REYES,** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION FOR DEFAULT**

NOW COME the Plaintiff, J&J SPORTS PRODUCTIONS, INC., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and respectfully requests that this Court enter an order of default judgment against Defendants, JUAN M. REYES, indv. and d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES, and in support thereof, states as follows:

1. On May 29, 2008 JUAN M. REYES, indv. and d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES were served with summons and complaint in this matter (*A copy of the Returns of Service are attached hereto as Exhibit "A"*).

2. As of the date of the filing of this motion, Defendants, JUAN M. REYES, indv. and d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES, have failed to file an appearance and/or answer in this matter.

WHEREFORE, Plaintiff, J&J SPORTS PRODUCTIONS, INC., pray this Honorable Court enter an order of default judgment against Defendant, JUAN M. REYES, indv. and d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES and set this matter for a prove up

against Defendant, JUAN M. REYES, indv. and d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES, INC., d/b/a LA QUINTA DE LOS REYES and for any additional relief this Court deems just.

                s/Zane D. Smith
                Zane D. Smith

### CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on August 28, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                //s/ Zane D. Smith
                Zane D. Smith

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031
(312) 245-0022 - Fax

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

V.

Juan M. Reyes, indv. and d/b/a La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes and La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes

CASE NUMBER: 08CV2577

ASSIGNED JUDGE: JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Juan M. Reyes
1135 Dickens
Naperville, Illinois 60563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_/s/_____   May 6, 2008
(By) DEPUTY CLERK              Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 5/29/08 |
| NAME OF SERVER (PRINT)  WALTER McWilliams | TITLE  INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): JUAN M REYES LEFT COPIES WITH A MALE HISPANIC 40's WHO WOULD NOT IDENTIFY HIMSELF AT 1135 DIEKEN'S NAPERVILLE ILLINOIS 60563 ON 5/29/08 6:15PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/29/08
              Date

Signature of Server: Walter McWilliams

METRO SERVICE
4647 W 103rd ST
Address of Server
OAK LAWN, ILLINOIS 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

                   V.

Juan M. Reyes, indv. and d/b/a La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes and La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes

CASE NUMBER:  08CV2577

ASSIGNED JUDGE:  JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

La Quinta De Los Reyes, Inc., d/b/a La Quinta De Los Reyes
c/o Juan M. Reyes - Registered Agent
1135 Dickens
Naperville, Illinois 60563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*/s/ signature/*

(By) DEPUTY CLERK

May 6, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action   LA

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/29/08 |
| NAME OF SERVER (PRINT) WALTER McWILLIAMS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LA QUINTA DE LOS REYES, INC D/B/A LA QUINTA DE LOS REYES LEFT COPIES WITH A MALE HISPANIC 40'S WHO WOULD NOT IDENTIFY HIMSELF AT 1135 DICKENS NAPERVILLE ILLINOIS 60563 ON 5/29/08 6:15PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/29/08
Date

Signature of Server: Walter McWilliams c/o METRO SERVICE

Address of Server: 4647 W 103rd ST OAK LAWN ILLINOIS 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.