I.D. 06184818                                                            File No. 3900-042

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | 08 C 2577 |
| | ) | |
| **JUAN M. REYES, individually and d/b/a** | ) | Judge Kendall |
| **LA QUINTA DE LOS REYES, INC., d/b/a** | ) | |
| **LA QUINTA DE LOS REYES and LA** | ) | Magistrate Judge Veldez |
| **QUINTA DE LOS REYES, INC., d/b/a** | ) | |
| **LA QUINTA DE LOS REYES,** | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

**TO:**   Juan M. Reyes
LaQuinta De Los Reyes, Inc.
1135 Dickens
Naperville, Illinois 60563

**PLEASE TAKE NOTICE** that on September 10, 2008 at 9:00 A.M. or as soon thereafter as counsel may be heard, I will appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead in room 2319 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion.

                                                     //s/ Zane D. Smith
                                                     Zane D. Smith

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, IL 60610
(312) 245-0031
(312) 245-0022 - Fax

### CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on August 28, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. A copy has also been sent by U.S. Mail to the above named addressee. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                     //s/ Zane D. Smith
                                                     Zane D. Smith